# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>20-2554</u>

Christopher "Chrissy" Shorter                          United States, et al.

_____  vs.  _____

4/20/2021                                    Philadelphia, PA

Calendar Date _____          Location _____

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Kelly Jo Popkin

Receipt acknowledged by: _____

Kelly Jo Popkin

Designation of Arguing Counsel: _____

Member of the Bar:        ☑ Yes              ☐ No

Representing (check only one):

☐    Petitioner(s)        ☑    Appellant(s)        ☐    Intervenor(s)

☐    Respondent(s)        ☐    Appellee(s)        ☐    Amicus Curiae

Please list the name of the lead party being represented:

Chrissy Shorter

_____

====================================================================

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS
FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO
ARGUE BEFORE THE COURT.  (BAR ADMISSION IS WAIVED FOR FEDERAL
ATTORNEYS.)